NO. 07-04-0498-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JANUARY 25, 2005

_____


KENNETH KENNEDY, APPELLANT

V.

V'RHETT WILLIAMS, APPELLEE


_____

FROM THE 72ND DISTRICT COURT OF CROSBY COUNTY;

NO. 5670; HONORABLE J. BLAIR CHERRY, JUDGE

_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant Kenneth Kennedy's motion to dismiss in which he represents he no longer wishes to pursue this appeal. By the certificate of conference, Kennedy asserts that appellee V'Rhett Williams agrees to the dismissal. Without passing on the merits of the case, Kennedy's motion is granted and the appeal is dismissed. Tex.

R. App. 42.1(a)(1).  As requested, costs are to be assessed against the party incurring

same.  Having dismissed the appeal at Kennedy's request, no motion for rehearing will be

entertained and our mandate will issue forthwith

Don H. Reavis
Justice

2